# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff | ) | CRIMINAL NO. _OSMJ2O5_ |
| | ) | ORDER |
| vs. | ) | RELEASING MATERIAL WITNESS |
| RAFAEL ALONZO | ) | |
| | ) | Booking No. |
| Defendant(s) | ) | |

On order of the United States District/Magistrate Judge,        **JAN M. ADLER**

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody:    (Bond Posted / Case Disposed / Order of Court).

MARICELA GARCIA-ACOSTA & minor son LFEG

DATED: __1/30/08__

**JAN M. ADLER**

_____
UNITED STATES DISTRICT/MAGISTRATE JUDGE

**RECEIVED** _____
**DUSM**

OR

W. SAMUEL HAMRICK, JR.   Clerk

by P. Delacruz
**Deputy Clerk**