**FILED**
AUG 2 8 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | Case No. 08-CR-0326-JLS |
| Plaintiff, ) | 08MJ0208JMA |
| ) | **ORDER** |
| v. ) | |
| RAFAEL ALONZO, ) | |
| Defendant. ) | |

Upon application of the United States and good cause appearing therefore,

IT IS HEREBY ORDERED that the bail as to material witness, MARIA HURTADO-ZABALETA is hereby forfeited and a no bail warrant for her arrest be issued.

SO ORDERED.

DATED: 8/28/08

_____
Honorable Louisa S. Porter
United States Magistrate Judge